FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 25-1296

**Short Case Caption:** Netlist, Inc. v. Samsung Electronics Co., Ltd.

**Filing Party/Entity:** Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas, LLC

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| PTAB | IPR2023-00454, IPR2023-01141 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the Patent Trial and Appeal Board's determination that claims 1-15 of U.S. Patent No. 11,093,417 have been shown to be unpatentable over the prior art.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The Patent Trial and Appeal Board determined that claims 1-15 of U.S. Patent No. 11,093,417 are unpatentable as obvious under 35 U.S.C. § 103(a) in view of the prior art.

**Briefly describe the judgment/order appealed from:**

The Final Written Decision of the Patent Trial and Appeal Board that claims 1-15 of U.S. Patent No. 11,093,417 have been shown to be unpatentable under 35 U.S.C. § 103(a).

**Nature of judgment (select one):**     **Date of judgment:** 7/30/2024

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                     _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

|  |
|---|

Issues to be raised on appeal: ☐ None/Not Applicable

| Whether the PTAB correctly found that claims 1-15 of U.S. Patent No. 11,093,417 are unpatentable. |
|---|

Have there been discussions with other parties relating to settlement of this case?
☑ Yes    ☐ No

If "yes," when were the last such discussions?
   ☐ Before the case was filed below
   ☐ During the pendency of the case below
   ☑ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom?

| David Folsom |
|---|

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

| The parties are involved in multiple disputes that would impede resolution of this appeal through mediation |
|---|

Provide any other information relevant to the inclusion of this case in the court's mediation program.

| n/a |
|---|

Date: 12/31/2024            Signature: /s/ E. Joshua Rosenkranz

                            Name:       E. Joshua Rosenkranz

Save for Filing